IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| CHARLES EDWARD WEIMER, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | Case No. CIV-17-79-M |
| | ) | |
| JOE ALLBAUGH, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER**

On June 28, 2017, United States Magistrate Judge Shon T. Erwin issued a Report and Recommendation in this action brought pursuant to 28 U.S.C. § 2254, seeking a writ of habeas corpus. The Magistrate Judge recommended that petitioner's petition for writ of habeas corpus be denied. The parties were advised of their right to object to the Report and Recommendation by July 17, 2017. On July 17, 2017, petitioner filed his objections, objecting to the Report and Recommendation in its entirety.

The Court has carefully reviewed this matter de novo. Upon review, the Court:

(1) ADOPTS the Report and Recommendation [docket no. 17] issued by the Magistrate Judge on June 28, 2017; and

(2) DENIES petitioner's Petition for Writ of Habeas Corpus.

**IT IS SO ORDERED this 20th day of March, 2018.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE